**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| CHARLES A. KNOLL | : | No. 77 WAL 2017 |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| | : | |
| EUSTACE O. UKU, YALE | : | |
| DEVELOPMENT & CONTRACTING, INC. | : | |
| AND EXICO, INC. | : | |
| | : | |
| | : | |
| PETITION OF:  EUSTACE O. UKU | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of July, 2017, the Petition for Allowance of Appeal is

**DENIED**.